**99–1996. Miller v. Rollins Leasing Corp.**
Franklin App. No. 98AP–1347. On discretionary appeal. Appeal denied.
LUNDBERG STRATTON, J., dissents.
On discretionary cross-appeal. Appeal denied.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**99–2002. State v. Pinkerton.**
Cuyahoga App. Nos. 75906 and 75907.

**99–2007. State v. Haynes.**
Hamilton App. Nos. C–970809 and C–970821.

**99–2009. State v. Kennan.**
Clermont App. No. CA96–11–105.

**99–2013. State v. Nelson.**
Lake App. No. 97–L–108. On discretionary appeal, motion to withdraw as counsel, and motion to strike amended memorandum in support of jurisdiction. Appeal denied, motion to withdraw granted, and motion to strike denied.

**99–2014. State v. Featherston.**
Fairfield App. No. 99CA9.
COOK, J., dissents.

**99–2041. Sampson v. Norfolk S. Corp.**
Hamilton App. No. C–980844.
DOUGLAS, J., dissents.

**99–2047. State v. Gilliam.**
Montgomery App. No. 17491.

**99–2049. State v. McVay.**
Franklin App. No. 98AP–1246.

**99–2052. State v. Pasqualone.**
Ashtabula App. No. 98–A–0074.

**99–2104. State v. Cannon.**
Hamilton App. Nos. C–980928 and C–990315.

**99–2107. State v. Ballew.**
Hamilton App. No. C–980442.

## MOTION DOCKET

**98–19. State v. Fears.**
Hamilton C.P. No. B9702360B. On application for reopening under S.Ct.Prac.R. XI(5). Application denied.
MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**99–1142. OHIC Ins. Co. v. Ohio Ins. Guar. Assn.**
In Mandamus. On motion for stay of all medical malpractice actions involving issue of exhaustion under R.C. 3955.01. Motion granted.
DOUGLAS and PFEIFER, JJ., dissent.

**99–1419. Woods v. Telb.**
Lucas App. No. L–99–1083. On request for oral argument of the Ohio Adult Parole Authority and Eddie Hopkins,
IT IS ORDERED by the court that the request be, and hereby is, granted and that this case will be scheduled for oral argument.
RESNICK, J., not participating.